JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALRAY; JOES LA MARKET<br><br>Plaintiffs,<br><br>Vs.<br><br>BERKSHIRE HATHAWAY, INC. AKA AMGUARD INSURANCE COMPANY; and DOES 1 TO 100,<br><br>Defendants. | Case No. CV 19-6459-GW-FFMx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP, Rule 41(a)]<br><br>Complaint Filed: June 19, 2019<br>Case Removed: July 25, 2019<br>Trial Date: June 16, 2020 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 22, 2020     By: *George H. Wu*
                               Hon. George H. Wu
                               United States District Judge